UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY TAYLOR,

    Petitioner,

v.

    File no: 1:17-CV-855

    HON. ROBERT J. JONKER

S.L. BURT,

    Respondent.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 21, 2021 (ECF No. 34).  The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 34) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas petition is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

**IT IS FURTHER ORDERED** that Petitioner is denied a certificate of appealability

The Court discerns no good-faith basis for appeal of this matter.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:   February 14, 2021         /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE